Circuit Court for Carroll County
Case No. 06-C-16-072216

IN THE COURT OF APPEALS

OF MARYLAND

No. 46

September Term, 2017

_____

CARRIE M. WARD et al.

v.

CATHERINE MARTINSON

_____

Greene
Adkins
McDonald
Watts
Hotten
Getty,

JJ.

_____

PER CURIAM ORDER

_____

Filed: September 22, 2017

CARRIE M. WARD et al.          *      IN THE

                                *      COURT OF APPEALS

       v.                          *      OF MARYLAND

                                *      No. 46

CATHERINE MARTINSON      *      September Term, 2017

# PER CURIAM ORDER

The petition for writ of certiorari in the above-entitled case having been granted, it is this 22nd day of September, 2017,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed as moot.

/s/ Clayton Greene, Jr.
Senior Judge
